1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** ) ) ) ) ) | Master File No.: M:09-cv-02029-PJH |
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| **This document relates to:** ) ) *Pierson v. Walmart.com USA LLC, et al.*, ) M:09-CV-2163-PJH ) *Levy, et al. v. Walmart.com USA LLC, et al.*, ) M:09-CV-2296-PJH ) ) ) | [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d)** |

27  [PROPOSED] ORDER GRANTING
    PLAINTIFFS' ADMINISTRATIVE MOTION
28  TO SEAL DOCUMENTS PURSUANT TO
    CIVIL LOCAL RULES 7-11 and 79-5(d)

1
2
3   This matter came before the Court upon Plaintiffs' Administrative Motion to Seal
4   Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) filed on April 14, 2010.  Having
5   considered the motion, Defendant Netflix's Statement In Response To Plaintiffs' Administrative
6   Motion To Seal Documents Pursuant To Civil Local Rules 7-11 and 79-5(d), and all other papers
7   filed in connection with that motion, it is hereby ORDERED that Exhibits A-D attached to the
8   Declaration of Peter A. Barile III in support of the Blockbuster Subscribers' Opposition to
9   Defendants' Motion to Dismiss the Consolidated Second Amended Complaint be unsealed, with
10  the exception of the phone numbers of non-party employees contained therein.

IT IS SO ORDERED.

DATED: 7/9/10



_____
Hon. Phyllis J. Hamilton
United States District Judge

[PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO
CIVIL LOCAL RULES 7-11 and 79-5(d)

-2-