JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | Case No.: 4:09-md-2029 PJH |
| | MDL No. 2029 |
| | Hon. Phyllis J. Hamilton |
| **This document relates to:** | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| *Pierson v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.*, No. 09-cv-2163 (N.D. Cal.); | |
| *Levy, et al. v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.*, No. 09-cv-2296 (N.D. Cal.) | |

Pursuant to the Court's Order of August 3, 2010, the parties propose the following briefing schedule with respect to Plaintiffs' anticipated motion for class certification in the action brought on behalf of Blockbuster subscribers:

**JOINT STIPULATION AND [PROPOSED] ORDER**     -1-

| Last day for Plaintiffs to move for class certification | The latest of the following dates: (i) 100 days after the close of fact discovery; (ii) 75 days after the Court's ruling on Defendant's anticipated motion for early summary judgment (as permitted by the Court's Order dated July 6, 2010) |
|---|---|
| Defendant's Opposition Brief | +60 days |
| Plaintiffs' Reply Brief | +42 days |
| Hearing | As may be scheduled by the Court |

Dated: August 31, 2010

Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By: /s/ Jonathan M. Jacobson
      Jonathan M. Jacobson
Sara Ciarelli Walsh
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
Email: jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

By: /s/ Robert G. Abrams
      Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
Email: AbramsR@howrey.com

**JOINT STIPULATION AND [PROPOSED] ORDER**

-2-

1  Paul Alexander
Howrey LLP
2  1950 University Avenue
4th Floor
3  East Palo Alto, CA 94303
Tel.: (650) 798-3500
4  Fax: (650) 798-3600
5  Email: AlexanderP@howrey.com

6  Emily L. Maxwell
Howrey LLP
7  525 Market Street, Suite 3600
San Francisco, CA 94105
8  Tel.: (415) 848-4947
Fax: (415) 848-4999
9  Email: MaxwellE@howrey.com

10
*Lead Counsel for Plaintiffs and the*
11 *Proposed Class*

12

13 **PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

14
**DATED** 9/3/10

15

16

17  _____
THE HONORABLE PHYLLIS J. HAMILTON
18

JOINT STIPULATION AND                    -3-
[PROPOSED] ORDER